B186
#9
IFP Pend
Related 23-676

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASHLEIGH M. TAYLOR,** <br> ladybird717@icloud.com <br><br> Plaintiff <br><br> v. <br><br><br> **ALEXANDER ROY HALLER** <br> Email : <br> **ALEXHALLER.HAWAII@GMAIL.COM** <br> ALEXHALLER.CONSULTANTS@ <br> **GMAIL.COM** <br> **AHALLER @STEELITEUSA.COM** <br> **1060 EAST KUIAHA ROAD** <br> **MAUI HI 96708** <br> Defendant | : <br> : <br> : 2:23-CV-__1955__ <br> : <br> : <br> : <br> : <br> : <br> : <br> : **RECEIVED** <br> : <br> : NOV 13 2023 <br> : <br> : CLERK, U.S. DISTRICT COURT <br> : FOR THE WESTERN DISTRICT <br> : OF PENNSYLVANIA |

## COMPLAINT

COMES NOW, the plaintiff, and arrests the following :

The Plaintiff on many occasions presented the defendant with the demand letter. To allow the defendant to rectify these issues without court intervention
Exhibit _C_ demand letter

The Coercive behavior of the defendant has led to many forms of damage to the Plaintiff including but not limited to : Physical abuse, emotional abuse, trauma from witnessing her son be abused during FaceTime calls along with her son communicating his father was harming him in his 'bottom', damage to credit, loss of employment, time, and financial abuse.

**Timeline**

The parties met on a plane in July 2107.
A flight from San Jose to LAX
The plaintiff gave the defendant contact information and began talking via FaceTime
The defendant traveled from maui to Dallas to visit the plaintiff and take a road trip.
The Parties took a road trip from DallasTexas to Tennessee to view the totality of an eclipse in Tennessee
The parties conceived a child while on the trip having been intimate once.
The plaintiff alerted the defendant of the pregnancy during a FaceTime call
The defendant traveled to Athens Texas, where the plaintiff was residing in 2017.

The Plaintiff was provided : housing (a three bedroom home on 1 acre), salary, medical insurance, medical spending, paid time off, a church and school that was walkable, and a matching retirement plan through her private client she worked for at that time.
The parties come to an agreement after several conversations and planning
Under the suggestion of the defendant the plaintiff resigned from her position in Athens Texas, along with the goal of providing a full time parent to the unborn child and the other items listed in the demand letter that the parties agreed upon.
The defendant assisted in the packing of the items the plaintiff owned.
The Defendant paid for the cost of the items including the car listed in the demand letter, the parties agreed it would function well as a 'family car'.
The Plaintiff had a challenging pregnancy and was told by her healthcare practitioners that she needed to rest and keep physical actives to a minimum to ensure the safe arrival of the unborn child.
The defendant became illusive upon the relocation of the plaintiff to maui Hawaii.
The plaintiff would not have much interaction with the defendant whilst living in Maui, Hawaii.
The defendant would leave in the morning returning in the evening, where the plaintiff was resting.
Upon the plaintiff asking questions about their [haller family] farm [pi'ihana farms] the defendant became more illusive.
exhibits of farm messages
The plaintiff started to become aware that there were illegal actives that would occur on the farm including but not limited to dog fighting, cock (chicken) fighting, (both with and without children around), and a sex worker residing on the farm.
Exhibit B farm messages
When the plaintiff became discussed, alarmed and inquisitive at what the plaintiff was describing the defendant began to become abusive.
Exhibit H maui police report [where the defendant took the cell phone and keys to the Honda HRV, at one time locking himself in the car mocking the plaintiff that she could not leave.

The defendant, Alex Haller, gave the plaintiff a credit card, American Express, that she used to purchase items for the home including food and items needed for the minor child. Making efforts to feed all in the family compound (the defendant uses the term 'family compound' due to 3 dwellings on their property in Maui at 1060 east Kuiaha Road Haiku HI 96708)
One day unprompted the defendant took the card from the plaintiff's wallet and threw it over the hill at their property. Refusing the plaintiff to use the card anymore or make purchases without approval or supervision.

Shortly after the police report was filed the parties agreed to relocate to Lawrence county PA.

## CREATION OF A CONTRACT
Upon the news/understanding that the plaintiff was pregnant the defendant flew from Maui to Dallas (Athens Texas) to create a plan / contract that included both parties and their unborn child.
The parties agreed to the following
The child would have a full time parent provided until high school (similar to the defendant experience)
The child would have private school
The child would have a part time nanny
The child wold have extra circular actives of his or her choosing
A family car (Honda HRV)
The defendant would take over the health insurance cost of the plaintiff, that would include her alternative healthcare : massage therapy, acupuncture, cupping .. etc
Exhibit D photo of the plaintiff after a cupping in Maui
The parties agree the plaintiff would be the stay at home parent due to the agreement she would breastfeed the child.
Exhibit G mother breastfeeding the child

## PERFORMANCE OF THE AGREED CONTRACT

The defendant paid for the entire cost of the relocation from Athens Texas to Maui Hawaii including her Honda HRV
Providing a credit card until the defendant took it away and threw it over the hill at their family compound. (The property consist of 3 separate dwellings)

### FAILURE TO PERFORM THE CONTRACT BY DEFENDANT
Without consent nor knowledge the defendant stopped all payments to the Honda HRV causing it to be repossessed

### RESULTING IN DAMAGES

Ability to achieve a business loan for $150,000
Exhibit A  Huntington Bank information

Financial abuse is a common tactic used by abusers to gain power and control in a relationship. The forms of financial abuse may be subtle or overt but in in general, include tactics to conceal information, limit the victim's access to assets, or reduce accessibility to the family finances.

All items listed in the Demand letter totaling : $1,449,177.43

### QUESTONS
What was the motivation to manipulate and coercive control over the plaintiff?

(4) coercive control of such family or household member, which is a pattern of behavior that in purpose or effect unreasonably interferes with a person's free will and personal liberty. "Coercive control" includes, but is not limited to, unreasonably engaging in any of the following:
(A) Isolating the family or household member from friends, relatives or other sources of support;
(B) Depriving the family or household member of basic necessities;

(a) Any family or household member, as defined in section 46b-38a, as amended by this act, who [has been subjected to a continuous threat of present physical pain or physical injury, stalking or a pattern of threatening, including, but not limited to, a pattern of threatening, as described in section 53a-62, by another family or household member] is the victim of domestic violence, as defined in section 46b-1, as amended by this act, by another family or household member may make an application to the Superior Court for relief under this section. The court shall provide any person who applies for relief under this section with the information set forth in section 46b-15b.

[the Plaintiff asked the honorable judge David Acker for this type of relief only to be turned down service or allowances to testify to the abuse caused by the defendant. It is documented through the transcripts from docket no 10575 C.A. 2020 from the Lawrence County Courts]

Is this the proper jurisdiction?
Suggested answer :
Yes.
Many reasons
Home state
The Plaintiff claims this as domicile
The plaintiff has longterm work goals/plans in the Pennsylvania area
The plaintiff demonstrates the 'protocols' of domicile, that if she leaves for work or education she returns to the home state.

Is it reasonable to believe the defendant can pay?
Suggested answer : Yes as he is part of a 'family trust' and owns property in Maui county Hawaii.

Total amount of damages **$1,749,177.43**

**WHEREFORE**, The Plaintiff requests that this Court enter an Order in the form attached, granting the Plaintiffs request for a trial that will result in awarding the Plaintiff the full amount she is seeking.

Respectfully Submitted,

_____
Ashleigh M Taylor
ladybird717@icloud.com

44 Lincoln Ave. #2
Bellevue PA 15202

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEIGH M. TAYLOR,<br>ladybird717@icloud.com<br><br>    Plaintiff<br><br>v.<br><br><br><br>ALEXANDER ROY HALLER<br>Email :<br>ALEXHALLER.HAWAII@GMAIL.COM<br>ALEXHALLER.CONSULTANTS@<br>GMAIL.COM<br>AHALLER @STEELITEUSA.COM<br>1060 EAST KUIAHA ROAD<br>MAUI HI 96708<br>    Defendant | 2:23-CV- 1955 |

## CERTIFICATE OF SERVICE

The Plaintiff herby certifies that on November 10, 2023, the following is a true and correct copy of the forgoing COMPLAINT, by email to Alexander R. Haller at alexhaller.hawaii@gmail.com, alexhaller.consultants@gmail.com, and ahaller@steeliteusa.com.

Respectfully Submitted,

Ashleigh M Taylor
ladybird717@icloud.com
214-906-7785